**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7191**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

TEOFILO SALINAS CERVIN, a/k/a Enrique Sandoval Arizmendi,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:16-cr-00020-KDB-DSC-1)

_____

Submitted:  May 30, 2024                                        Decided:  June 4, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Teofilo Salinas Cervin, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teofilo Salinas Cervin appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Cervin*, No. 5:16-cr-00020-KDB-DSC-1 (W.D.N.C. Nov. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*